# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.
LOWELL T. MANNING
P.O. BOX 187
Bedford, MA 01730

CRIMINAL COMPLAINT

CASE NUMBER: 05-1401-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 21 March 2005 in Middlesex county, in the United States District of Massachusetts defendant did, within the boundaries of Hanscom Air Force Base, Massachusetts, knowingly operate a motor vehicle while under the influence of intoxicating liquor, in violation of Chapter 90 of the Massachusetts General Law, Section 24 (second offense) as assimilated through Title 18 United States Code, Section 13 but with the maximum penalty not to exceed one (1) year.

I further state that I am a base Security Forces officer, and that this complaint is based on the following facts: (The facts contained in the affidavit which is attached hereto.)

Continued on the attached sheet and made a part hereof    X  Yes    No

_____
Signature of Complainant
William Boyden, SSgt, Security Forces Officer

Sworn to before me and subscribed in my presence,

22 April 2005
Date

at Worcester, MA
   City and State

_____
Signature of Judicial Officer

CHARLES B. SWARTWOOD, III
Chief U.S. Magistrate Judge