UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LOWELL T. MANNING, )<br>      Defendant, )<br>_____) | CRIMINAL ACTION<br>NO. 05-1401-CBS<br>(Hanscom Air Force Base) |

ORDER OF EXCLUDABLE TIME
August 5, 2005

SWARTWOOD, C.M.J.

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 4, 2005 (date of arraignment) through September 15, 2005 (date by which the Government is to file its response to Mr. Manning's discovery motions) shall be excluded from the Speedy Trial Act.

/s/ Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE