UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LOWELL T. MANNING, )<br>Defendant )<br>)<br>) | CRIMINAL ACTION<br>NO.   05-1401-CBS<br>(Hanscom Air Force Base) |

**DISCOVERY MOTION**

COMES NOW THE GOVERNMENT, and respectfully represents:

1. On April 22, 2005, a written complaint was filed against defendant, charging the defendant with a second offense of driving under the influence of alcohol in accordance with Ch. 90 § 24 M.G.L.A. as assimilated by 18 U.S.C. § 13. The penalty for this offense has been limited to one year confinement. On that same day, the Government also charged the defendant with operating a motor vehicle with a suspended or revoked license in accordance with Ch. 90 § 23 M.G.L.A. as assimilated by 18 U.S.C. § 13 and with possession of an open alcoholic container in a motor vehicle as assimilated by 18 U.S.C. § 13.

2. On August 4, 2005, the defendant was arraigned and pleaded not guilty to all charges.

3. WHEREFORE, Pursuant to Massachusetts Federal Court Rule 116.3, *Discovery Motion Practice*, and in addition to automatic discovery, the Government hereby respectfully requests information and / or documentation pertaining to any medication, prescription or otherwise, that the defendant was taking from March 17, 2005 to March 23, 2005.

Respectfully submitted,

_____
COREY CAPPELLONI
SPECIAL ASSISTANT U.S. ATTORNEY

I hereby certify that I sent a copy of this motion via certified mail to Richard M. Welsh, the defendant's attorney of record, 80 Worcester Street, Suite 5, North Grafton, MA 01536 on August 12, 2005.

_____
COREY CAPPELLONI
SPECIAL ASSISTANT U.S. ATTORNEY