UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LOWELL T. MANNING, )<br>    Defendant, )<br>) | **CRIMINAL ACTION**<br>**NO. 05-1401-CBS**<br>**(Hanscom Air Force Base)** |

**FINAL STATUS REPORT**
**September 21, 2005**

**SWARTWOOD, C.M.J.**

The following is a Final Status Report concerning this case:

1. <u>Discovery</u>

Completed.

2. <u>Trial</u>

The trial of this case shall be held on November 14, 2005, at 9:00 a.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts. The clerk shall issue a Pre-Trial Order in this case.

3. <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for Mr. Manning, I am excluding from the Speedy Trial Act, the period from September 15, 2005 (date of expiration of prior order of excludable time) through November 14, 2005 (the period by

which both counsel will have prepared for trial).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, January 23, 2006</u>.

                                      <u>/s/Charles B. Swartwood, III</u>
                                      CHARLES B. SWARTWOOD, III
                                      CHIEF MAGISTRATE JUDGE