UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES,

       Plaintiff,

  v.                                         MAGISTRATE
                                            No.:05-1401-CBS

LOWELL T. MANNING,

       Defendant,

**PRETRIAL ORDER**
**November 7, 2005**

**SWARTWOOD, C.M.J.**

    A Jury Trial is scheduled for **Monday, November 14, 2005 at 9:00 a.m.** Trial days will be from 9:00 a.m. to 1:00 p.m.

    The following pleadings shall be filed with this court on or before **Wednesday, November 9, 2005**:

(a) proposed questions for a voir dire examination of the jury
(b) a listing of all anticipated witnesses, including the town of residence and occupation of expert witnesses.
(c) requests for substantive law jury instructions (on disk)
(d) proposed special questions and/or special verdict forms (on disk) and
(e) motions in limine.

**COUNSEL SHALL PRE-MARK ALL EXHIBITS**:
    **Agreed upon exhibits marked sequentially by number (JEX 1, etc.). Exhibits not agreed upon, marked for identification alphabetically (Id. A, etc.).**

                                                   BY THE COURT,
                                                   /s/ Lisa B. Roland
                                                   Lisa B. Roland
                                                   Deputy Clerk
                                                   (508) 929-9905