UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL ACTION |
| ) | NO.   05-1401-CBS |
| LOWELL T. MANNING, ) | |
| Defendant ) | |
| ) | |

## PROPOSED VOIR DIRE QUESTIONS

COMES NOW THE GOVERNMENT, and respectfully represents:

1. On April 22, 2005, a written complaint was filed against defendant, charging the defendant with a second offense of driving under the influence (DUI) of alcohol in accordance with Ch. 90 § 24 M.G.L.A. as assimilated by 18 U.S.C. § 13. The penalty for this offense has been limited to one year confinement. On that same day, the Government also charged the defendant with operating a motor vehicle with a suspended or revoked license in accordance with Ch. 90 § 23 M.G.L.A. as assimilated by 18 U.S.C. § 13 and with possession of an open alcoholic container in a motor vehicle as assimilated by 18 U.S.C. § 13.

2. On August 4, 2005, the defendant was arraigned and pleaded not guilty to all charges. On 8 August 2005, this Honorable Court ordered a jury trial in the matter for November 14, 2005.

3. On November 14, 2005, the Government respectfully requests that the Court ask the following questions to each potential juror:

   a. Are you related to or know the defendant or any of the attorneys in this case?

   b. Do you think it is wrong to be under the influence of alcohol and then operate a motor vehicle?

   c. Have you or anybody among your family or friends ever been pulled over for drinking and driving?

      (1) If so, would this affect your ability to be impartial?

   d. Have you or anybody among your family or friends ever been involved in an accident with somebody who was thought to be driving under the influence of alcohol?

    e.  Have you or anybody among your immediate family ever held any job in a law enforcement agency?

    f.  Have you ever served on a case charging the Defendant with operating while under the influence of an intoxicating liquor before?

        (1) If so, what was the verdict in the case?

    g.  Have you or anybody among your family or friends ever serve in the U.S. military?

    h.  Do you feel that you can be completely impartial in this case?

Respectfully submitted,

_____
COREY CAPPELLONI
SPECIAL ASSISTANT U.S. ATTORNEY


I hereby certify that on November 9, 2005 I sent a copy of this motion via fax to Richard M. Welsh, the defendant's attorney of record, at fax #508-839-7715.

                                        _____
                                        COREY CAPPELLONI
                                        SPECIAL ASSISTANT U.S. ATTORNEY