UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                 )<br>)<br>LOWELL T. MANNING,                     )<br>Defendant                                     )<br>)<br>_____) | CRIMINAL ACTION<br>NO.   05-1401-CBS |

### LIST OF ALL GOVERNMENT ANTICIPATED WITNESSES

COMES NOW THE GOVERNMENT, and respectfully represents:

1. On April 22, 2005, a written complaint was filed against defendant, charging the defendant with a second offense of driving under the influence (DUI) of alcohol in accordance with Ch. 90 § 24 M.G.L.A. as assimilated by 18 U.S.C. § 13. The penalty for this offense has been limited to one year confinement. On that same day, the Government also charged the defendant with operating a motor vehicle with a suspended or revoked license in accordance with Ch. 90 § 23 M.G.L.A. as assimilated by 18 U.S.C. § 13 and with possession of an open alcoholic container in a motor vehicle as assimilated by 18 U.S.C. § 13.

2. On August 4, 2005, the defendant was arraigned and pleaded not guilty to all charges. On 8 August 2005, this Honorable Court ordered a jury trial in the matter for November 14, 2005.

3. At this time, the Government submits that it plans on calling the following witnesses on November 14, 2005:

   a. Staff Sergeant William Boyden, Air Force Security Forces, Hanscom Air Force Base, Massachusetts, and

   b. Staff Sergeant Michael Mackay, Air Force Security Forces, Hanscom Air Force Base, Massachusetts.

Respectfully submitted,

_____
COREY CAPPELLONI
SPECIAL ASSISTANT U.S. ATTORNEY

I hereby certify that on November 9, 2005 I sent a copy of this motion via fax to Richard M. Welsh, the defendant's attorney of record, at fax #508-839-7715.

*[signature]*
COREY CAPPELLONI
SPECIAL ASSISTANT U.S. ATTORNEY