CRIMINAL CASE NO: _____05-1401-CBS_____

TITLE: ____UNITED STATES_____ VS. _____LOWELL T. MANNING_____

## JURY PANEL

| | | | |
|---|---|---|---|
| 01. | David Brochu | 07. | Kathleen Reardon |
| 02. | Kimberly Annese | 08. | William Obin |
| 03. | Marie Heppenstall | 09. | Joshua Farnsworth |
| 04. | Mary Beauregard | 10. | Paul McGrath |
| 05. | Kellie Jean Price | 11. | William Fowler |
| 06. | David Russell | 12. | Jeffrey Carroll |
| ALT. #1 | | ALT. #2 | |
| ALT. #3 | | ALT. #4 | |

## WITNESSES

| PLAINTIFF/GOVT. | | DEFENDANT | |
|---|---|---|---|
| 01. | William Boyden | 01. | Lowell T. Manning |
| 02. | Michael MacKay | 02. | |
| 03. | | 03. | |
| 04. | | 04. | |
| 05. | | 05. | |
| 06. | | 06. | |
| 07. | | 07. | |
| 08. | | 08. | |
| 09. | | 09. | |
| 10. | | 10. | |
| 11. | | 11. | |
| 12. | | 12. | |
| 13. | | 13. | |
| 14. | | 14. | |

(Jury&Witness List.wpd - 12/98)