AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MA

UNITED STATES

V.

LOWELL T. MANNING

**EXHIBIT LIST**

Case Number: 05-1401-CBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Charles B. Swartwood, III | Cappelloni | Welsh |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/14/2005-11/16/2005 | Kusa-Ryll | Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 |   | 11/14/05 | X | X | 2 Bottles of Brandy, 1 Can of Beer in brown paper bag |
| 2 |   | 11/14/05 | X | X | Form, Acknowledgment of Consent |
|   | A | 11/15/05 | X | X | Bank Receipt |
|   | B | 11/15/05 | X | X | Patient Instructions for Discharge |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages