UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>LOWELL T. MANNING,<br>    Defendant, | CRIMINAL ACTION<br>NO. 05-1401-CBS |

### Verdict

In the matter of United States v. Lowell T. Manning, on the charge of operating a motor vehicle on federal property, in a place where members of the public have a right of access, while under the influence of intoxicating liquor, We the jury, find the Defendant, Lowell T. Manning:


Guilty _____          Not Guilty __X__


Date: November 16, 2005        By: _____
                                   Foreperson of the Jury