AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

LOWELL T. MANNING

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  05-1401-CBS

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Charles B. Swartwood, III        Chief Magistrate Judge
Name and Title of Judge

December 9, 2005
Date